# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST, et al., <br><br> Plaintiffs, <br> vs. <br><br> ENCORE PRODUCTIONS, INC., <br><br> Defendant. | Case No.: 2:10-cv-00386-GMN-LRL <br><br> **ORDER** |

Before the Court is Plaintiffs' Motion for Extension of time to File Motion to Amend Complaint (ECF No. 48) and Motion to Amend Complaint (ECF No. 49). While the parties filed two stipulations to allow Defendant until September 19, 2011 to file an opposition to the motions, Defendant still failed to respond.

Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, the Court grants the motions.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of time to File Motion to Amend Complaint (ECF No. 48) and Plaintiffs' Motion to Amend Complaint (ECF No. 49) are hereby **GRANTED**.

Plaintiffs shall have until January 26, 2012 to file their amended complaint.

DATED this 18th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge