Adam P. Segal, Esq., Nevada Bar No. 6120
Aaron B. Fricke, Esq., Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:    (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: africke@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>      Plaintiffs,<br>vs.<br><br>ENCORE PRODUCTIONS, INC., a Nevada Corporation, EPI LEASING, INC., a Nevada Corporation, ENCORE PRODUCTIONS, INC., a Texas corporation, and FREEMAN AUDIO | Case No. 2:10-cv-00386-GMN-VCF<br><br><br><br><br><br><br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** |

20038\20\1649403.1                          1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

|   |   |
|---|---|
| VISUAL SOLUTIONS, INC., a Texas corporation, | |
| Defendant. | |

Plaintiffs, the Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust; Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Wage Disability Trust; and Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Apprentice and Journeyman Training and Education Trust (collectively referred to as "IATSE Trust Funds") and Defendants, Encore Productions, Inc., EPI Leasing, Inc., and Freeman Audio Visual Solutions, Inc. (collectively referred to as "Defendants"), hereby give notice to the court that the parties have agreed to a settlement in this case. The parties are in the process of finalizing formal settlement documents, and request the Court stay all proceedings for 30 days, after which time, upon full and final

///

///

///

///

///

20038\20\1649403.1                                          2

settlement of the case, the Trust Funds and Defendants will file a stipulated dismissal.

Dated: February  17 , 2012.                    Dated: February  17 , 2012.

BROWNSTEIN HYATT FARBER                        LITTLER MENDELSON
SCHRECK, LLP

 /s/ Adam Segal                                 /s/ Rick Roskelley
Adam P. Segal, Esq.                            Rick D. Roskelley, Esq.
Nevada Bar No. 6120                            Nevada Bar No. 3192
Aaron B. Fricke, Esq.                          3960 Howard Hughes Parkway, Suite 300
Nevada Bar No. 11129                           Las Vegas, Nevada 89169-5937
100 North City Parkway, Suite 1600             Telephone: (702) 862-8800
Las Vegas, Nevada 89106-4614                   Facsimile: (702) 862-8811
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135                     *Attorneys for Defendants, Encore Productions, Inc., EPI Leasing, Inc., and Freeman Audio Visual Solutions, Inc.*

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 17th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge