RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

Attorneys for Defendant
ENCORE PRODUCTIONS, INC.

ADAM P. SEGAL, ESQ., Nevada Bar No. 6120
AARON B. FRICKE, ESQ., Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89 106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs, | Case No. 2:10-CV-00386-GMN-VCF<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937
702 862 8800

| | |
|---|---|
| vs.<br><br>ENCORE PRODUCTIONS, INC., a Nevada Corporation,<br><br>         Defendant. | |

PURSUANT to the Stipulation of Dismissal with Prejudice (Doc. #77) filed by the parties on March 28, 2012,

IT IS HEREBY ORDERED that above-captioned matter is dismissed in its entirety with prejudice and each party to bear its own fees and costs.

**IT IS SO ORDERED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

_____
Rick D. Roskelley, Esq.
Littler Mendelson

/s/ Adam P. Segal, Esq.
Adam P. Segal, Esq.
Brownstein Hyatt Farber Schreck, LLP

Firmwide:110306321.1 044023.1010

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2